# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 4-20-10)

Daniel L. Junk
    Plaintiff,

Case No.: 2:19-cv-03090-ALM-KAJ

-vs-

National Creditors Connection, Inc., et al.
    Defendant,

District Judge Algenon L. Marbley
Magistrate Judge Kimberly A. Jolson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Howard E. Baumwell__, trial
(Name of Trial Attorney)

attorney for __Defendant, NCCI__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __David J. Kaminski__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Defendant, NCCI__.
(Name of Party)

Movant represents that __David J. Kaminski__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __California__ as attested by the accompanying certificate from that
(Name of State)

court and that __David J. Kaminski__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

__David J. Kaminski__ understands that, unless expressly excused, he or
(Name of PHV Attorney)

she must register for electronic filing with this Court promptly upon the granting of this Motion.

    __David J. Kaminski__ 's relevant identifying information is as follows:
    (Name of PHV Attorney)

Business telephone __(310) 242-2200__     Business fax __(310) 242-2222__

Business address __CARLSON & MESSER LLP__

    __5901 West Century Blvd, Suite #1200 Los Angeles, CA 90045__

Business e-mail address __kaminskid@cmtlaw.com__

                            /s/ Howard E. Baumwell
                            (Signature of Trial Attorney)
                            600 S. Pearl Street
                            (Address)
                            Columbus, OH 43206
                            (City, State, Zip Code)
                            (614) 221-6088
                            (Telephone Number)

                            Trial Attorney for __Defendant, NCCI__
                                            (Name of Party)


## (Please attach required Certificate of Service)

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__David J. Kaminski__, Bar No. __128509__

was duly admitted to practice in this Court on __January 12th, 1988__
DATE

and  is active and in good standing     as a member of the Bar

of this Court.

Dated at Los Angeles, California

on    __July 5th, 2019__
Date

KIRY K. GRAY
Clerk of Court

By  ___Andrea Kannike___

Andrea Kannike , Deputy Clerk



G-52 (10/15)              CERTIFICATE OF GOOD STANDING

## **CERTIFICATE OF SERVICE**

I, Howard E. Baumwell, hereby certify that on this 22th day of July, 2019, a true and accurate copy of the foregoing Motion for Admission *Pro Hac Vice* were served via the District Court ECF System on the Following:

    Email: rlb@brunnerlaw.com
            laura@HauserLawLLC.com
            mfraioli@pilgrimchristakis.com

                                            /s/Howard E. Baumwell
                                            Howard E. Baumwell
                                            Howard E. Baumwell, Attorney at Law